RECEIVED

OCT 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 03-20050-01 |
| | * |
| VERSUS | * JUDGE DOHERTY |
| | * |
| CASSETTI DEWAYNE BROWN | * MAGISTRATE JUDGE HILL |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on June 5, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the convictions after jury trial of CASSETTI DEWAYNE BROWN;

AND WHEREAS, on August 5, 12, and 19 of 2006, the United States published in The Lake Charles American Press, a Lake Charles, Louisiana, newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's June 5, 2006 Preliminary Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the Taurus Model PT92AF9 millimeter semi-automatic pistol, bearing serial number TKF98200AFD is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the U.S. Marshal.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

SO ORDERED this 16 day of October 2006 at Lafayette, Louisiana.

REBECCA F. DOHERTY
United States District Judge

2